### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03274-WYD-MJW

JIM MEINING,

    Plaintiff,

v.

COLLECTCORP CORPORATION,

    Defendant.

_____

### NOTICE OF SETTLEMENT
_____

COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay its own attorney's fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by February 24, 2012.

Dated: January 26, 20112

| | |
|---|---|
| s/ Troy D. Krenning | s/ Louis Leonard Galvis |
| Troy D. Krenning, Esq. | Louis Leonard Galvis |
| Jill Gookin, Esq. | Sessions, Fishman, Nathan & Israel, L.L.P. |
| Gookin, Krenning & Associates, LLC | 645 Stonington Lane |
| 501 N. Cleveland Avenue | Fort Collins, CO 80525 |
| Loveland, CO 80537 | Telephone: (970) 223-4420 |
| Telephone: (970) 292-8900 | Attorneys for the Defendant |
| Attorneys for the Plaintiff | |